IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF
BLACK IN COLOR SAMSUNG AT&T
WINDOWS CELLULAR TELEPHONE
(828) 782-7681, MODEL SGH-i677,
S/N: R21C61R6G6P, CURRENTLY
LOCATED IN THE WOODFIN POLICE
DEPARTMENT EVIDENCE ROOM

Case No. 1:14-mj-15

## ORDER EXTENDING TIME TO RETURN SEARCH WARRANT

This matter having come before the Court pursuant to a motion filed by the Government, it is hereby ordered that, for good cause shown, the officer executing the search warrant in the above-captioned case, or an officer present during the execution of the warrant, prepare an inventory as required by law and promptly return the warrant and inventory to Dennis L. Howell, United States Magistrate Judge, Western District of North Carolina, on or before March 24, 2014.

SO ORDERED THIS the 18th day of March, 2014.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA